UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE** |
| -against- | -CR-   ( )( ) |
| MARK JONES, | 20mj6832 |
| | 20 Cr. 611 (CS) |
| Defendant(s). | |

------------------------------------------------------------X

Defendant __Mark Jones_____ hereby voluntarily consents to participate in the following proceeding via __X__ videoconferencing or _X_ teleconferencing:

___  Initial Appearance Before a Judicial Officer

_X_  Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Bail/Detention Hearing

___  Conference Before a Judicial Officer


_/s/ Mark Jones_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Defendant's Counsel's Signature

__Mark Jones_____
Print Defendant's Name

__Jason Ser_____
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

12/2/2020
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge