UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

MARK JONES,

                         Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR
TELE CONFERENCE**

**20cr0611-CS**

Defendant __Mark Jones_____ hereby voluntarily consents to participate in the following proceeding via __X_ videoconferencing or _X_ teleconferencing:

\_\_\_    Initial Appearance Before a Judicial Officer

\_\_    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_    Bail/Detention Hearing

_X_    Conference Before a Judicial Officer


_/s/ Mark Jones_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____
Defendant's Counsel's Signature


__Mark Jones_____
Print Defendant's Name

_Jason Ser_____
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_12/16/20_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge