UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

MARK JONES,

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20cr611-CS

Defendant __Mark Jones_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

___   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

_X_   Conference Before a Judicial Officer

_/s/ Mark Jones_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____
Defendant's Counsel's Signature

_Mark Jones_____
Print Defendant's Name

_Jason Ser_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_2/5/21_____
Date

_Cathy Seibel_____
U.S. District Judge/U.S. Magistrate Judge