UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
       United States of America,

                                                           NOTICE RE: CHANGE OF
                                                           TIME OF CONFERENCE

             -against-
                                                           7:20-CR-00611 (CS)


       Mark Jones,
                    Defendant(s).
------------------------------------------------------------X


The Status Conference previously scheduled before this Court for **March 24, 2021 at 9:00 a.m.** will be held at **10:00 a.m.** (same date) at the United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601 in Courtroom 621.


                                                                     /s/ Walter Clark, Courtroom Deputy

Dated:  March 10, 2021
            White Plains, New York